[No. 15061-5-III.    Division Three.    May 29, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHELLE WALKER, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 95-1-00058-8, Ted W. Small, J., entered June 28, 1995. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Brown, JJ.

[No. 15119-1-III.    Division Three.    May 29, 1997.]

THE CITY OF CLARKSTON, *Respondent*, v. CIVIL SERVICE COMM'N - FIRE, ET AL., *Defendants*, ROBERT G. BERREMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 93-2-00104-1, Yancey Reser, J., entered July 27, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, J., and Munson, J. Pro Tem.

[No. 15509-9-III.    Division Three.    May 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY DEAN ALLSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-1-00550-4, Craig Matheson, J., entered February 2, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Brown, JJ.

[No. 15607-9-III.    Division Three.    May 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ARLIE JOLSTEAD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-02440-9, Kathleen M. O'Connor, J., entered February 26, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Brown, JJ.